IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN LAVON SMILEY, <br> AIS # 186951 <br><br> Plaintiff, <br><br> v. <br><br> JEANNIE GIBSON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:18-CV-728-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On October 16, 2018 the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 14th day of November, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE